AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jan 12, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| THELMA A.,<br><br>_____<br>*Plaintiff*<br>v.<br><br>KILOLO KIJAKAZI,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   2:20-CV-00386-ACE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendant's Motion for Summary Judgment, ECF No. 33, is GRANTED.
Plaintiff's Motion for Summary Judgment, ECF No. 24, is DENIED.
Judgment is entered for the Defendant.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge           Alexander C. Ekstrom           on cross-motions for Summary Judgment.

Date:   1/12/2023

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Nicole Cruz
_____
*(By) Deputy Clerk*

Nicole Cruz
_____